Exhibit 16

Mukasey Frenchman LLP

Berger Film Release – Billed Hours

| Attorney | Date | Description of Services | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|---|
| K. Caruso | 12/9/2022 | Review draft Complaint re: copyright case; draft edits re: same; tel call co-counsel and client re; same | 1.7 | $760.00 | $1,292.00 |
| K. Caruso | 12/10/2022 | Review draft complaint re: copyright case; draft edits re; same; review materials re; same | 1.0 | $760.00 | $760.00 |
| K. Caruso | 12/11/2022 | Review draft complaint re; copyright case; review materials re; same; draft edits re: same | 1.5 | $760.00 | $1,140.00 |
| K. Caruso | 12/12/2022 | Review draft complaint re: copyright case; draft edits re; same | 1.0 | $760.00 | $760.00 |
| K. Caruso | 12/13/2022 | Review draft complaint re: copyright case; draft edits re: same | 2.0 | $760.00 | $1,520.00 |
| K. Caruso | 12/16/2022 | Review materials re: Copyright case; legal research re: same, diversity/assignee issue; tel call client re: all open issues; draft and review emails re: same | 2.0 | $760.00 | $1,520.00 |
| K. Caruso | 12/20/2022 | Draft and review materials re: copyright complaint, edits to same; draft and review emails re: same | 2.0 | $760.00 | $1,520.00 |
| K. Caruso | 12/21/2022 | Review draft re: copyright case | 0.5 | $760.00 | $380.00 |
| K. Caruso | 12/22/2022 | Draft and review emails re: new Coakley threat; tel call client and team (several X) re: same; review draft complaint re: copyright case; draft edits re: same | 3.5 | $760.00 | $2,660.00 |
| K. Caruso | 12/23/2022 | Review draft complaint re; copyright case; draft edits re same; tel call team and client (several X) re: same; tel call MFS team (several X) re: motion for prelim injunction; prepare all court papers; draft and review materials re; same | 6.0 | $760.00 | $4,560.00 |
| K. Caruso | 12/24/2022 | Draft brief re: preliminary injunction; legal research re: same; review materials re; same; draft and review emails re: same; tel call Frenchman and Thornhill re; same; review Complaint and accompanying papers re: final edits; draft and review emails re; same | 7.0 | $760.00 | $5,320.00 |
| K. Caruso | 12/25/2022 | Draft brief re: motion for preliminary injunction; review materials re: same; legal research re; same | 8.0 | $760.00 | $6,080.00 |
| K. Caruso | 12/26/2022 | Draft brief re: motion for preliminary injunction; review materials re; same; legal research re; same; tel calls (several X) various re; same; draft and review emails re: same | 8.0 | $760.00 | $6,080.00 |

Mukasey Frenchman LLP

Berger Film Release – Billed Hours

| Attorney | Date | Description of Services | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|---|
| K. Caruso | 12/27/2022 | Draft, review and edit all papers re: motion for preliminary injunction; review materials re: same; legal research re; same; tell call client re; same; tel call Frenchman (several X) re: same; tel call Sholder re: same; tel call California counsel re : same, next steps | 7.0 | $760.00 | $5,320.00 |
| K. Caruso | 12/28/2022 | Draft brief re: preliminary injunction and TRO; review materials re: same; legal research re: same; tel calls (team and client) several X re: same, edits; draft and review emails re; same | 10.0 | $760.00 | $7,600.00 |
| K. Caruso | 12/29/2022 | Draft and review all papers re: motion for preliminary injunction and TRO; review materials re; same; tel call (several X) team re: same; draft and review emails re; same; draft and review edits re: same | 7.5 | $760.00 | $5,700.00 |
| K. Caruso | 12/30/2022 | Final review and edit of all motion papers, CD Cal.; draft and review emails re: same; tel calls (various) re: same | 4.0 | $760.00 | $3,040.00 |
| K. Caruso | 1/3/2023 | Review materials re: Coakley IG publications; draft and review emails re: same, next steps; tel calls various re: same | 2.5 | $785.00 | $1,962.50 |
| K. Caruso | 1/4/2023 | Review materials re; Coakley IG postings; review draft court filings re; same; draft edits re: same; review materials re; same; tel calls various re; same; draft and review emails re: same; draft and review redactions re: court filings; tel call various re: same | 9.0 | $785.00 | $7,065.00 |
| K. Caruso | 1/6/2023 | Review materials re: developments, Coakley additional postings; draft and review emails re: same; tel calls various re: same | 1.5 | $785.00 | $1,177.50 |
| K. Caruso | 1/9/2023 | Tel call client re: next steps; draft and review emails re: removals from Instagram | 0.2 | $785.00 | $157.00 |
| K. Caruso | 1/18/2023 | Review materials re: latest Coakley IG post; tel call Rosenfeld re: same, next steps; draft and review emails | 0.3 | $785.00 | $235.50 |
| K. Caruso | 1/24/2023 | Tel call client and team re: default , next steps; review draft court filing re: same; draft edits re: same; review Coakley email re: Making of Runt; tel call client re; same; draft emails re: follow-up | 1.5 | $785.00 | $1,177.50 |
| K. Caruso | 1/25/2023 | Draft and review emails re; open issues, next steps; tel call Rosenfeld re: same | 0.3 | $785.00 | $235.50 |
| K. Caruso | 1/26/2023 | Tel call team and Stroz/Brett re: streaming data for damages calculation | 0.4 | $785.00 | $314.00 |
| K. Caruso | 1/30/2023 | Review Order re: motion for default judgment; review materials re: follow-up; tel call client re: same; draft and review emails re: same | 0.4 | $785.00 | $314.00 |
| K. Caruso | 2/1/2023 | Review materials re: motion for default judgment; draft materials re: same; tel call Rosenfeld (2X) re: same; draft and review emails re: same | 2.0 | $785.00 | $1,570.00 |

Mukasey Frenchman LLP

Berger Film Release – Billed Hours

| Attorney | Date | Description of Services | Hours | Rate ($) | Amount ($) |
|---|---|---|---|---|---|
| K. Caruso | 2/2/2023 | Review materials re: motion for default judgment; draft evidentiary chart re; same; legal research re; same; tel call Rosenfeld re; same; draft and review emails re; same | 2.0 | $785.00 | $1,570.00 |
| K. Caruso | 2/3/2023 | Review materials re: default judgment; draft brief re; same; legal research re; same; tel call client, Rosenfeld and Bimbler re: same, next steps, follow-up | 5.5 | $785.00 | $4,317.50 |
| K. Caruso | 2/4/2023 | Review materials re: motion for default judgment; draft brief and other materials re: same; legal research re: same | 4.0 | $785.00 | $3,140.00 |
| K. Caruso | 2/5/2023 | Review materials re: motion for default judgment; draft brief and related materials re; same; legal research re; same | 6.5 | $785.00 | $5,102.50 |
| K. Caruso | 2/6/2023 | Draft brief re: motion for default judgment; review materials re: same; legal research re: same; draft and review emails re: same; tel call Bimbler re: same | 7.0 | $785.00 | $5,495.00 |
| K. Caruso | 2/7/2023 | Draft brief re: motion for default judgment; review materials re: same; legal research re; same; draft and review emails re; same | 8.0 | $785.00 | $6,280.00 |
| K. Caruso | 2/8/2023 | Draft papers re: motion for default judgment; review materials re: same; legal research re; same; tel calls various re; same; draft and review emails re; same | 8.5 | $785.00 | $6,672.50 |
| K. Caruso | 2/9/2023 | Draft all papers re: motion for default judgment; review materials re; same; legal research re: same; draft and review emails re; same; tel calls various re: same | 8.0 | $785.00 | $6,280.00 |
| K. Caruso | 2/10/2023 | Draft all papers re: motion for default judgment; review materials re; same; legal research re; same; draft and review emails re; same; tel calls various re: same | 6.5 | $785.00 | $5,102.50 |
| **TOTAL:** | | | **146.8 Hours** | | **$113,420.50** |